IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DANIEL ANDREW CAMPOS, JR.,

       Plaintiff,

  vs.

NANCY A. BERRYHILL,
Commissioner of Social Security,

       Defendant.

Case No. 1: 17 CV 00374-JR
ORDER

---

AIKEN, Judge:

     Magistrate Judge Russo filed her Findings and Recommendation ("F&R") (doc. 24) on

DATE. The matter is now before me. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. No objections

have been timely filed. Although this relieves me of my obligation to perform a *de novo* review,

I retain the obligation to "make an informed, final determination." *Britt v. Simi Valley Unified*

*Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds, United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not

specify a standard of review in cases where no objections are filed. *Ray v. Astrue*, 2012 WL

1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the Rules Advisory

Committee, I review the F&R for "clear error on the face of the record[.]"  Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule).  Having reviewed the file of this case, I find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I adopt Judge Russo's F&R (doc. 24).

Dated this 23ʳᵈ day of May, 2018.

_____
Ann Aiken
United States District Judge